# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 3, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

**RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 201⁵
Abel Acosta, Clerk**

Re:  Albin Adalin Zelaya-Zelaya
v. Texas
No. 15-5945
(Your No. WR-81,318-02)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 28, 2015 and placed on the docket September 3, 2015 as No. 15-5945.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik Fossum
Case Analyst